**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Dawn Dowling,  Plaintiff,  v.  Social Security Administration, *et al.*,  Defendants. | No. CV-24-03026-PHX-JJT  **ORDER** |

Federal Rule of Civil Procedure 42(a) provides, "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Relatedly, Local Rule 42.1(e) provides that the Court may order the transfer of a case such that cases pending before different Judges may be heard by a single Judge "[i]f the transferee Judge previously adjudicated a case that: (A) arose from substantially the same transaction or event; (B) involved substantially the same parties or property; . . . or (D) called for the determination of substantially the same questions of law;" or if "substantial duplication of labor" would arise if the case was heard by the transferor Judge; or "[f]or reasons of judicial economy and the availability of judicial resources." LRCiv 42.1(e).

The Complaint (Doc. 1) in the present case, filed by *pro se* Plaintiff Angela Dawn Dowling, bears a striking resemblance to the numerous other complaints Plaintiff has recently filed in this District, most of which have been screened by District Judge

Cindy K. Jorgenson. The Complaint here also bears the same marks of frivolousness and harassment Judge Jorgenson addressed in an Order warning Plaintiff that the Court may declare her a vexatious litigant if she continues to file such pleadings. (*See* Case No. CV-24-00490-TUC-CKJ, Doc. 5.) Under Local Rule 42.1(e), the Court finds that transfer of this case to Judge Jorgenson is appropriate in the interest of judicial economy and for determination of the same questions Judge Jorgenson has addressed in Case No. CV-24-00490-TUC-CKJ and the related cases, including whether Plaintiff is entitled to proceed *in forma pauperis*, whether her Complaint is frivolous, whether this Court is a proper venue, and whether Plaintiff will be deemed a vexatious litigant.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall transfer this case to District Judge Cindy K. Jorgenson for all further proceedings.

**IT IS FURTHER ORDERED** that all future pleadings and papers the parties file with the Court in this case shall bear the case number, CV-24-03026-PHX-CKJ.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Chief Judge Jennifer G. Zipps.

Dated this 5th day of November, 2024.

Honorable John J. Tuchi
United States District Judge